FILED by DD D.C.
ELECTRONIC

Jun 17, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

11-60144-CR-COHN/SELTZER

CASE NO._____

21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

v.

MICHAEL MARTIN MOSS,

                **Defendant.** /
_____

## INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about May 13, 2011, in Broward County, in the Southern District of Florida, the defendant,

**MICHAEL MARTIN MOSS,**

did knowingly and intentionally manufacture and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that the controlled substance, in fact, consisted of one hundred (100) or more marijuana plants.

## COUNT 2

On or about May 12, 2011, in Broward County, in the Southern District of Florida, the defendant,

**MICHAEL MARTIN MOSS**,

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate commerce, that is, a Glock, Model 27, .40 caliber pistol, and seventeen (17) rounds of ammunition, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

### FORFEITURE

1. The allegations of Counts 1 and 2 of this Information are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which the defendant has an interest pursuant to the provisions of Title 28, United States Code, Section 2461, Title 18, United States Code, Section 924(d)(1), and the procedures outlined at Title 21, United States Code, Section 853.

2. Upon the conviction of any violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count 1, the defendant shall forfeit to the United States any property constituting or derived from any proceeds which the defendant obtained, directly or indirectly, and any property which the defendant used or intended to be used in any manner or part to commit or facilitate the commission of said violation.

3. Upon the conviction of any violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 2, the defendant shall forfeit to the United States any firearm or ammunition involved in or used in the commission of said violation.

4. The property subject to forfeiture includes but is not limited to, a Glock, Model 27, .40 caliber pistol, bearing serial number PRY490; and approximately seventeen (17) rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 924(d)(1), and Title 21, United States Code, Section 853.

Respectfully Submitted,

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

MICHAEL MARTIN MOSS,

Defendant.
_____/

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Case Information:**

**Court Division:** (Select One)

___ Miami     ___ Key West
_X_ FTL       ___ WPB       ___ FTP

New Defendant(s)              Yes ___   No ___
Number of New Defendants
Total number of counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    _No_
   List language and/or dialect   _____

4. This case will take   _3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

   I    0 to 5 days        _x_              Petty       ___
   II   6 to 10 days       ___              Minor       ___
   III  11 to 20 days      ___              Misdem.     ___
   IV   21 to 60 days      ___              Felony      _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   NO
   If yes:
   Magistrate Case No.                _____
   Related Miscellaneous numbers:     06-60291-CR-COHN
   Defendant(s) in federal custody as of  _____
   Defendant(s) in state custody as of    _____
   Rule 20 from the District of           _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     ___ Yes   _No_ No

8. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to September 1, 2007?     ___ Yes   _No_ No

                                                 _____
                                                 DONALD F. CHASE, II
                                                 ASSISTANT UNITED STATES ATTORNEY
                                                 Case # A5500077

*Penalty Sheet(s) attached                                                REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>MICHAEL MARTIN MOSS</u>         **Case No**: _____

**Count #**: 1

<u>Manufacture/possess with intent to distribute marijuana</u>

<u>21 U.S.C. §§ 841(a)(1); 841(b)(1)(B); and 18 U.S.C. § 2</u>

<u>* Max.Penalty: 40 years' (mandatory minimum 5 years') imprisonment; $2,000,000 fine; 4 years' supervised release.</u>

**Count #**: 2

<u>Possession of a firearm by a convicted felon</u>

<u>18 U.S.C. §§ 922(g)(1) and 2</u>

<u>* Max.Penalty: 10 years' imprisonment; $250,000 fine: 3 years' supervised release.</u>

**Count #**:

_____

_____

<u>* Max.Penalty</u>: _____

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. *11-60144-CR-Cohn/Seltzer* |
| MICHAEL MARTIN MOSS | ) | |
| | ) | |
| Defendant. | ) | |

**WAIVER OF AN INDICTMENT**

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*